IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
~~CHARLOTTE~~ DIVISION
STATESVILLE

No. 5:02-CV-111-~~MCK~~ V

FILED
CHARLOTTE, N. C.

NOV 21 2002

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| **Plaintiff,** | § | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT & DEFAULT JUDGMENT AGAINST DEFENDANT DAVIDSON** |
| **V.** | § | |
| | § | |
| **BERNARD DAVIDSON,** | § | Fed. R. Civ. P. 55 |
| | § | |
| **Defendants.** | § | |
| | § | |

Plaintiff, DIRECTV, Inc. ("DIRECTV"), hereby moves pursuant to Rule 55 of the Federal Rules of Civil Procedure that this Court order the entry of default and of judgment by default against Defendant, Bernard Davidson ("Defendant"). In support of its motion, DIRECTV submits its Memorandum of Points and Authorities in Support of its Motion, the affidavit of Leslie C. O'Toole, and the attached exhibits.

DATED this 20th day of November, 2002.

ELLIS & WINTERS LLP


Leslie C. O'Toole
State Bar No. 13640
Brian J. Schoolman
State Bar No. 26266
P.O. Box 33550
Raleigh, NC 27636
Telephone:(919) 865-7000
Facsimile: (919) 865-7010

## CERTIFICATE OF SERVICE

I. Brian J. Schoolman, do certify that I have served a true and correct copy of the attached motion by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed to the defendant as follows:

Bernard Davidson
2603 East Broad Street
Statesville, NC 28625

This the 20th day of November, 2002.

Brian J. Schoolman