Mr. Frank G. Johns
Clerk of United States District Court
210 Charles R. Jonas Federal Building
401 W. Trade Street
Charlotte, N. C. 28202



Date 11/27/02

Re: DIRECTV, INC. V. DAVIDSON:CASE NO.5:02-CV-111-MCK

I Bernard Davidson is requesting and extention on this Default judgment to seek an Attorney to prove my innocent.

*Bernard Davidson* (signature)

Bernard Davidson



Case 5:02-cv-00111-RLV-DCK   Document 8   Filed 11/27/02   Page 1 of 1