FILED
STATESVILLE, N.C.
2003 APR -7 AM 9:39
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:02-CV-111-V

| | | |
|---|---|---|
| DIRECTV, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION TO |
| | ) | DISMISS COUNTERCLAIM |
| v. | ) | |
| | ) | Fed. R. Civ. P. 12(b)(6) |
| BERNARD DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff DIRECTV, Inc., ("DIRECTV"), by its attorney, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure that this Court dismiss the counterclaim of Defendant Bernard Davidson because the counterclaim fails to state a claim against DIRECTV upon which relief can be granted. In support of its motion, DIRECTV submits its Memorandum in Support of its Motion to Dismiss.

DATED this 3rd day of April, 2003.

ELLIS & WINTERS LLP

*/s/ Brian Schoolman*

Leslie C. O'Toole
State Bar No. 13640
Brian J. Schoolman
State Bar No. 26266
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

## CERTIFICATE OF SERVICE

I, Brian J. Schoolman, do certify that I have served a true and correct copy of the attached motion by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed to the defendant as follows:

Andrew J. Wingo, Esq.
330 South Main Street
Mooresville, NC 28115
*Attorney for Bernard Davidson*

This the 3rd day of April, 2003.

*Brian Schoolman*
Brian J. Schoolman

2