FILED
03 SEP 16  AM 9: 34

U . . . .       . . URT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA

### Case No. 5:02CV111-V

| | | |
|---|---|---|
| **DIRECTV, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **LEAVE TO REISSUE SUMMONS** |
| **v.** | ) | **FOR DEFENDANT CORRIHER** |
| | ) | |
| **TOM CORRIHER, DANNY CALDWELL,** | ) | **Fed. R. Civ. P. 4(m)** |
| **ROBERT HARRIS, STEVEN JOLLY,** | ) | |
| **KEITH PAYNE AKA ALEX PAYNE,** | ) | |
| **ROBERT RHYNE, KEVIN C. SCISM,** | | |
| **CHARLES G. THOMAS, DWAYNE** | | |
| **THOMPSON, DAVID WEATHERFORD,** | | |
| **AND JARED WITHERS,** | | |
| | | |
| **Defendants.** | | |

Plaintiff, DIRECTV, Inc. ("DIRECTV"), hereby moves pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that this Court grant leave to reissue the summons issued for Defendant Tom Corriher for an additional 120 days, so as to permit service until and through January 14, 2004. In support of its motion, DIRECTV shows the following:

1. The summons for Defendant Tom Corriher was issued on May 19, 2003.

2. Plaintiff attempted on several occasions to obtain personal service upon Defendant Corriher by use of process server at the last-known address.

3. Plaintiff has been diligent in its efforts to effect service of the summons and complaint as required under Rule 4 of the Federal Rules of Civil Procedure, and an extension of the time to effect service will not result in undue prejudice to any party.

For the foregoing reasons, Plaintiff DIRECTV, Inc. respectfully requests that this Court grant its motion for leave to reissue the summons issued for Defendant Tom Corriher for an additional 120 days, so as to permit service until and through January 14, 2004.



30

RESPECTFULLY SUBMITTED this 15 day of September, 2003.

ELLIS & WINTERS LLP

Leslie C. O'Toole
State Bar No. 13640
Julia F. Youngman
State Bar No. 21320
P.O. Box 33550
Raleigh, NC 27636
Telephone:(919) 865-7000
Facsimile: (919) 865-7010

## CERTIFICATE OF SERVICE

I, Leslie C. O'Toole, do certify that I have served a true and correct copy of this motion by depositing a copy thereof in the United States mail, postage prepaid, first class, addressed to the parties as follows:

Tom Corriher
1015 Hephzibah Church Rd.
Crouse, NC 28033

Richard Tomberlin
301 S. McDowell St., #510
Charlotte, NC 28204
*Attorney for Chris Bell*

Andrew J. Wingo
330 S. Main St.
Mooresville, NC 28115
*Attorney for Bernard Davidson*

Todd Cline
1800 Camden Road, Suite 104
Charlotte, North Carolina 28203
*Attorney for Raymond Fagnon*

Charlie Gamble
1108 Old Willis School Road
Dallas, NC 28034

R. Locke Bell
125 E. Main Ave.
Gastonia, NC 28052
*Attorney for Keith Green*

Morris Hamrick
128 E. Bingham Rd.
Kings, NC 28086

Robert Harris
101 Dellinger Ave.
Gastonia, NC 28054

Lisa Iverson
815 Morning Glory Dr.
Charlotte, NC 28262

Robert Johnston
158 Oak Tree Lane
Cherryville, NC 28021

Thomas W. Martin, Jr.
Hamrick, Mauney, Flowers, Martin & Moore
212 S. Dekalb St.
Shelby, NC 28150
*Attorney for Bill Latham*

Albert Zakarian
2024 W. Cleveland St.
Tampa, FL 33606
*Attorney for Kevin Margraves*

Lamboa Nguyen
2826 Oakglade Ct.
Matthews, NC 28105

Sanjay Gohill
301 S. McDowell St., Ste 1201
Charlotte, NC 28204
*Attorney for Randy Podger*

John D. Greene
Eisele, Ashburn, Greene & Chapman, P.A.
320 West Broad Street
P.O. Box 1108
Statesville, North Carolina 28687-1108
*Attorney for Bruce Smith*

Aaron E. Bradshaw
Law Offices of Aaron E. Bradshaw
313 South Street
P.O. Box 1072
Gastonia, NC 28053
*Attorney for Charles Thomas*

Gary Corne
Corne, Corne & Grant, PA
P.O. Drawer 166
Newton, NC 28658
*Attorney for Stephen Walker*

Paul Culpepper
Tate, Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603-2428
*Attorney for Tim Weaver*


This the _15th_ day of September, 2003.


Leslie C. O'Toole